**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Thomas Floyd LITTLEJOHN,**
**Defendant—Appellant.**

No. 07–6289.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 6, 2007.

Thomas Floyd Littlejohn, Appellant Pro Se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Floyd Littlejohn appeals the district court's order denying his motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Littlejohn*, Nos. 1:90–cr–231; 1:05–cv–00249 (W.D.N.C. Dec. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*